# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

8/16/2006 4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:   CR04-00061JMS

CASE NAME:   USA v. (02) Felipe Raguinden Domanguera, aka "Phil," aka "Barabe"

ATTYS FOR PLA:

ATTYS FOR DEFT:

INTERPRETER:

JUDGE:   Kevin S. C. Chang          REPORTER:

DATE:   8/16/2006                   TIME:

COURT ACTION:  EO: Motion to Appoint Counsel as to defendant 02 set for 8/16/06 shall be continued to 8/24/06 at 11:00am before Judge Chang.  Ms. Sameshima to make contact with the Bureau of Prisons regarding defendant's participation by phone on 8/24/06.

Submitted by: Shari Afuso, Courtroom Manager