# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

8/24/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:      CR04-00061JMS

CASE NAME:        USA v. (02) Felipe Raguinden Domanguera, aka "Phil," aka "Barabe"

ATTYS FOR PLA:    Beverly Sameshima

ATTYS FOR DEFT:   (02) Brandon Flores

INTERPRETER:

| JUDGE: | Kevin S. C. Chang | REPORTER: | FTR C5 |
| --- | --- | --- | --- |
| DATE:  | 8/24/2006 | TIME: | 11:20-11:22:47am |

COURT ACTION:  EP: Motion to Appoint Counsel as to defendant 02 - defendant in custody and present by phone.

Mr. Flores informed the court that he received defendant's letter back in March requesting for appeal in this case.  Mr. Flores responded back to defendant on 4/27/06 indicating that the terms of his plea agreement was that he waived his right to appeal except for sentence higher than the guideline range or ineffective assistance of counsel and since his sentence was at the low end guideline range, it did not appear that he had an appellate issue.  Mr. Flores did not hear back from defendant until the most recent letter.

Defendant wishes to have counsel appointed to represent him regarding appeal issues.  The court will appoint counsel for defendant.

Submitted by: Shari Afuso, Courtroom Manager