Felipe Domanguera 91108-022                September 18. 2006
FCI LOMPOC
3600 Guard Road
Lompoc, California   93436


Office of the Clerk
U.S. District Court
304 U.S. District Court
300 Ala Moana Blvd.
P.O. BOX 50129
Honolulu, Hawaii
         96850-0052


Re: United States of America   vs   Felipe Domanguera
    Case Number CR 04-0061 (DAE)   Assignment of Legal Counsel
    For §2255 Motion.

Dear Sir,

On August 24, 2006, through via telephone, I spoke with a Judge/Magistrate with regards to the assignment of an attorney being asigned to me. This conversation took place here at this Federal Facility in the office of my Case Manager. I have not received any correspondence for the Court, nor have I received any correspondence from any legal counsel with regards to my request in my last letter to the Office of the Court Clerk in this district's jurisdiction.

This letter was sent on July 27, 2006 and this telephone conversation took place on August 24, 2006 and I believe that the time limitations with regards to a §2255 Motion may be running out of time. Since I have not yet received any correspondence from your office nor any attorney, I request that the time limit for my §2255 Motion be extended, and that it will commence from the time that I was assigned legal counsel to represent me in this matter. Thank you for your time and for your consideration in this most important matter.

                                          Very truly yours,

                                          /s/ Felipe Domanguera
                                          Felipe Domanguera

RECEIVED
CLERK, U.S DISTRICT COURT
SEP 21 2006
DISTRICT OF HAWAII

```
Felipe Domanguera 91108-022
Federal Correctional Institution
3600 Guard Road
Lompoc, California
                      93436
```

SANTA BARBARA
CA 931 2 T
18 SEP 2006 PM

Legal Mail
_____

```
Office of the Clerk
U.S. District Court
304 U.S. Courthouse
300 Ala Moana Blvd.
P.O. BOX 50129
Honolulu, Hawaii
                 96850-0052
```

96850+5000