cc: JMS
USA

**ORIGINAL**

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

OCT 27 2006

at 3 o'clock and 55 min. P.M.
SUE BEITIA, CLERK

FELIPE DOMANGUERA
Name

91108-022
Prison ID/Reg. No.

FCI Lompoc
Address/Place of Confinement

Note: If represented by an attorney, use attorney's
name, address & telephone number

Note: It is your responsibility to notify the Clerk
of the Court in writing of any change in your address.

UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

UNITED STATES OF AMERICA

v.

Felipe Raguinden Domanguera

FULL NAME
(Include name under which you were convicted)

CASE NO. CR 04-00061 JMS-02
(To be supplied by Clerk of the Court)

CV06 00580 JMS KSC

ARTHUR E. ROSS, ESQ
126 QUEEN STREET, SUITE 210
HONOLULU, HI 96813
808-521-4343
CJA ATTORNEY FOR FELIPE DOMANGUERA

MOTION PURSUANT TO 28 U.S.C. § 2255 CHALLENGING A SENTENCE
IMPOSED BY THE U.S. DISTRICT COURT FOR THE DISTRICT OF HAWAII

Page 1 of ~~8~~ 7

READ THESE INSTRUCTIONS CAREFULLY

In order for this motion to receive consideration by the District Court, it shall be in writing (legibly handwritten or typewritten) by the Movant, under penalty of perjury, and it shall set forth in concise form the answers to each applicable question. If necessary, Movant may finish an answer to a particular question on the reverse side of the page or on an additional blank page. Movant shall make it clear to which question any such continued answer refers.

Since every motion under Section 2255 of Title 28, United States Code, must be under penalty of perjury, any false statement of a material fact therein may serve as the basis of prosecutions and conviction for perjury. Movant should therefore exercise care to assure that all answers are true and correct.

If the Motion is made in forma pauperis, it shall include an affidavit (beginning at page 8 of this form) setting forth information which established that the Movant will be unable to pay the fees and costs pf the 2255 proceedings. When the form is completed, the original and 2 copies shall be mailed to:

Clerk of the U.S. District Court
Federal Courthouse
PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850

SECTION 2255 MOTION CHALLENGING SENTENCE

1. Place of detention  FCI Lompoc, 3600 Guard Road, Lompoc, CA 93436

2. Name and location of Court which, and name of judge who, imposed sentence  U.S. District Court, Honolulu, Hawaii
 U.S. District Judge J. Michael Seabright

3. Indictment number(s) (if known) upon which the offense(s) for which sentence was imposed:

   (a) 04-CR-00061 JMS
   (b) _____
   (c) _____

4. Date upon which sentence and the terms of the sentence imposed:

   (a) October 19, 2005, 108 months (+ 4 yrs Supervised Release); DKT #186
   (b) _____
   (c) _____

---

MOTION PURSUANT TO 28 U.S.C. § 2255 CHALLENGING A SENTENCE
IMPOSED BY THE U.S. DISTRICT COURT FOR THE DISTRICT OF HAWAII

Page 2 of 8 7

5. Check whether a finding of guilty was made:

   (a) after a plea of guilty  X
   (b) after a plea of not guilty _____
   (c) after a plea of nolo contendere _____

6. If you were found guilty after a plea of not guilty, check whether that finding was made by:

   (a) a jury _____
   (b) a judge without a jury _____

7. Did you appeal from the judgment of conviction or the imposition of sentence?  NO

8. If you answered "YES" to question 7, list

   (a) the name of each court to which you appealed:

     I _____
     II _____
     III _____

   (b) the result of each such court to which you appealed:

     I _____
     II _____
     III _____

   (c) the date of each such result:

     I _____
     II _____
     III _____

   (d) citations of any written opinions or orders entered pursuant to such results, if known:

     I _____
     II _____
     III _____

MOTION PURSUANT TO 28 U.S.C. § 2255 CHALLENGING A SENTENCE IMPOSED BY THE U.S. DISTRICT COURT FOR THE DISTRICT OF HAWAII

Page 3 of 7

9. State concisely the grounds on which you base your allegation that the sentence which was imposed on you is invalid: See Memo in Support

(a) INEFFECTIVE ASSISTANCE OF COUNSEL; INCORRECT ADVICE ON RIGHT TO APPEAL

(b) INEFFECTIVE ASSISTANCE OF COUNSEL; NO ADVOCACY OF APPRENDI ISSUES PRE-SENTENCE

(c) _____

10. State concisely and in the same order the facts which support each of the grounds set out in (9): See Memo in Support

(a) EXHIBIT G - ATTORNEY DID NOT KNOW THAT PETITIONER COULD CHALLENGE VALIDITY OF APPELLATE WAIVER ON APPEAL & FAILED TO ADVISE OF RIGHT TO APPEAL; DID NOT ADVISE OF RIGHTS; DID NOT COMMUNICATE

(b) ABANDONED PETITIONER AT SENTENCING, POSSIBLY BASED ON IDEA THAT PETITIONER COULD NOT APPEAL ANYTHING; NO ARGUMENTS PRESENTED BASED ON APPRENDI & ITS PROGENY

(c) _____

MOTION PURSUANT TO 28 U.S.C. § 2255 CHALLENGING A SENTENCE IMPOSED BY THE U.S. DISTRICT COURT FOR THE DISTRICT OF HAWAII

11. Have you previously filed petitions for habeas corpus motions under section 2255 of Title 28, United States Code, or any other applications, petitions or motions with respect to this conviction? __NO__

12. If you answered "YES" to (11), list with respect to each petition, motion or application

    (a) the specific nature thereof:

        I _____
       II _____
      III _____

    (b) the name and location of the court in which each was filed:

        I _____
       II _____
      III _____

    (c) the disposition thereof:

        I _____
       II _____
      III _____

    (d) the date of each disposition:

        I _____
       II _____
      III _____

    (e) citations of any written opinions or orders entered pursuant to each such disposition, if known:

        I _____
       II _____
      III _____

MOTION PURSUANT TO 28 U.S.C. § 2255 CHALLENGING A SENTENCE IMPOSED BY THE U.S. DISTRICT COURT FOR THE DISTRICT OF HAWAII

Page 5 of 7

13. Has any ground set forth in (9) been prevously presented to this or any other federal court by way of petition for habeas corpus, motion under section 2255 of Title 28, united States Code, or any other petition, motion or application? __NO__

14. If you answered "YES" to (13), identify

    (a) which grounds have been previously presented:

        I   _____
       II   _____
     III   _____

    (b) the proceedings in which each ground was raised:

        I   _____
       II   _____
     III   _____

15. Were you represented by an attorney at any time during the course of

    (a)   your arraignment and plea? __YES__

    (b)   your trial, if any? _____

    (c)   your sentencing? __YES__

    (d)   your appeal, if any, from the judgment of conviction and/or the imposition of sentence? __N/A__

    (e)   preparation, presentation or consideration of any petitions, motions or applications with respect to this conviction, which you filed? __NONE PREVIOUS TO THIS ONE FILED__

16. If you answered "YES" to one or more parts of (15), list

    (a)   the name and address of each attorney who represented you:

        I   LANE TAKAHASHI (to APRIL 13, 2004); 745 FORT STREET, SUITE 2121, HON. HI 96813
       II   JERRY I WILSON (to NOV. 12, 2004); 220 S. KING STREET, STE 1450, HON. HI 96813
     III   BRANDON FLORES (to AUG. 24, 2006); 717 RICHARDS ST. STE 576, HON. HI 96813

---

MOTION PURSUANT TO 28 U.S.C. § 2255 CHALLENGING A SENTENCE
IMPOSED BY THE U.S. DISTRICT COURT FOR THE DISTRICT OF HAWAII

WHEREFORE, Movant prays that the Court grant Movant relief to which he may be entitled in this proceeding.

Signed under penalty of perjury

at  *October 27, 2006*  _____Arthur E. Ross_____
    Date                            Signature of ~~Movant~~ CJA Counsel ARTHUR E. ROSS
                                       for Movant/Petitioner Filipe Domonguera

MOTION PURSUANT TO 28 U.S.C. § 2255 CHALLENGING A SENTENCE
IMPOSED BY THE U.S. DISTRICT COURT FOR THE DISTRICT OF HAWAII

Page 7 of 7