
ARTHUR E. ROSS #1005
126 Queen Street, Suite 210
Honolulu, Hawaii 96813
Telephone (808) 521-4343

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

OCT 3 0 2006

at ____ o'clock and ____ min ____ M
SUE BEITIA, CLERK

Attorney for Defendant
Petitioner/Movant
FELIPE RAGUINDEN DOMANGUERA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>FELIPE RAGUINDEN DOMANGUERA,<br><br>Defendant,<br>Petitioner/Movant | CR NO. 04-00061-JMS-02<br>CV 06-0580 JMS-KSC<br><br>APPLICATION TO PROCEED IN FORMA PAUPERIS |

APPLICATION TO PROCEED IN FORMA PAUPERIS

I, FELIPE RAGUINDEN DOMANGUERA, declare, under penalty of prejury that I am the defendant, petitioner/movant in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my

1

poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

I, Arthur E. Ross was appointed CJA counsel to represent Felipe Raguinden Domanguera in this matter on August 24, 2006.

DATED: Honolulu, Hawaii, October 30, 2006.

*Arthur E. Ross*
ARTHUR E. ROSS
Attorney for Defendant
Petitioner/Movant
FELIPE RAGUINDEN DOMANGUERA

---

MOTION PURSUANT TO 28 U.S.C. § 2255 CHALLENGING A SENTENCE IMPOSED BY THE U.S. DISTRICT COURT FOR THE DISTRICT OF HAWAII