IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | CIVIL NO. 06-00580 JMS/KSC |
| | CRIMINAL NO. 04-00061-02 JMS |
| Plaintiff, | |
| | ORDER DENYING APPLICATION |
| vs. | TO PROCEED IN FORMA |
| | PAUPERIS AS MOOT |
| FELIPE RAGUINDEN DOMANGUERA, | |
| Defendant, Petitioner/Movant. | |

ORDER DENYING APPLICATION TO PROCEED
IN FORMA PAUPERIS AS MOOT

On October 27, 2006, Felipe Raguinden Domanguera filed a motion for post-conviction relief pursuant to 28 U.S.C. § 2255. On October 30, 2006, Domanguera filed an Application to Proceed in Forma Pauperis.

Generally, to initiate an action in federal court a plaintiff must pay a filing fee or be granted permission to proceed in forma pauperis. A § 2255 motion, however, deviates from this general rule and does not require a filing fee. As explained by the advisory committee notes to Rule 3 of the Rules Governing § 2255 Proceedings for the United States District Courts, "[t]here is no filing fee required of a movant under these rules." Because no filing fee is required, a

plaintiff need not seek in forma pauperis status. Accordingly, the application to proceed in forma pauperis is denied as moot.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, October 31, 2006.

/s/ J. Michael Seabright
J. Michael Seabright
United States District Judge

*United States v. Domanguera,* Civil. No. 06-00580 JMS/KSC, Criminal No. 04-00061-02 JMS, Order Denying Application to Proceed In Forma Pauperis as Moot

2