## PETITIONER'S LIST OF EXHIBITS
### ACCOMPANYING THIS MOTION UNDER 28 U.S.C. §2255

| EXH.# | DOCUMENT | DATE |
|---|---|---|
| A. | Petitioner letter to Chief Judge Ezra | Jul. 8, 2004 |
| B. | Prosecutor letter to CJA counsel | Jul. 1, 2004 |
| C. | CJA counsel letter to prosecutor | Sep. 16, 2004 |
| E | Petitioner letter to Clerk's office | Mar. 20, 2006 |
| D. | Petitioner letter to sentencing counsel | Mar. 20, 2006 |
| F. | Petitioner letter to Judge Seabrigtht | Mar. 20, 2006 |
| G. | Sentencing counsel letter to Petitioner (undelivered because misaddressed) | Apr. 27, 2006 |
| H. | Petitioner letter to Clerk's office affirming denial of post-conviction relief | Jul. 27, 2002 |