```
             FELIPE RAGUINDEN DOMANGUERA
                   Reg. No. 91108-022
                  Federal Detention Center
                   Post Office Box 30080
                 Honolulu, Hawaii 96820-0080
```

July 8, 2004

The Honorable Chief Justice David A Ezra
United States District Court
District of Hawaii
PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850

Re.   United States   v.   Felipe Raguiden Domanguera
      Cr. No. 04-00061 DAE

Dear Hon. Judge Ezra:

Please accept this letter as my formal request and help the government to bring inside the detention those five more individuals. They are the main persons who are involved on these charges. I am a drug addict, a user and a victim of this crime. I would not allow from the dictate of my conscience from the $60.00 worth of Crystal Methampthemine, and also an exchange of payment of thier haircut, that I will be the one to suffer the crimes that belong to them.

I'm sending this message to convince the government, that give me the opportunity to cooperate and we have to work together' Even though it was a threat to my life, I'm ready to face the consequences and testify against these five individuals. I know and believe, it was a difficult decision. But I'm strongly de - cided to support the government program to help and report all those individuals who are drug dealers as well as drug pusher. Because they are threat and will destroy the future of young people and others in the near future.

In fact the two co-defendant of this case JAIME COLUMPIT AGTANG AND DAN CORNELIUS TAUYAN, have no credibility to testify against anybody who are involved on these charges. There's no way that both will tell the truth in all the necessary information against their fellow drug dealers. And both are the members fo the - group. On January 22, 2004 at 3;00 Oclock in the afternoon, I give my money to JAIME COLUMPIT AGTANG, worth $60.00 to buy from a crystal methamphetamine and I did one haircut also in exchange of drugs. But Instead of paying me, they set me up. (TAB 1 page 9 of 18, paragraph 38,39 on the Report of Investigation )

Exhibit A

Please give me a chance to cooperate with the governemnt. This was the only we can stop this group from thier drug activities. I am the victim of this crime, as a user and I won't let young people experience what I experienced from this group. I offer myself in the sake for other people I would like to ask the attorney of this case Mr. Jerry I. Wilson and Prosecutor Beverly Sameshima to give me a chance to cooperate in the government , let the truth come out and we need to end this group from their drug activities and stop them as the first priority of the government program. We have to MOVE FORWARD" from the truth and help together.  If we don't maybe our children will be a victim of the crime, just like what happened to me.

All of these based from my experienced are not just like a story for personal intent.  And there are more interesting significant information that will be reported to the government as long as my request will be accepted.

Your honor,  I'm ask a favor in your office to help me convince Mr. Jerry I. Wilson as the legal counsel on this case and Beverely Sameshima give me the priority to testify on the side of the government against those drug dealers. "God Bless You".

TThank you for honoring my request.




Sincerly yours,

*[signature]*

Felipe Raguinden Domanguera


c/ Jerry I. Wilson ESQ:
   Attorney at Law
   220 South King, Suite 1450
   Honolulu, Hawaii 96813

JAIME COLUMPIT AGTANG AND DAN CORNELIUS TAUYAN, are both lying to get away from their responsibility. Based on the Report of Investigation when SA JONES did not realize that AGTANG was the person who signed and accepted the parcel that contains the drugs. SA JONES told AGTANG that he was lying. After JAIME COLUMPIT AGTANG lied, SA JONES advise them both JAIME COLUMPIT AGTANG AND DAN CORNELIUS TAUYAN, HIS cooperation and asked - AGTANG to cooperate and tell the truth. AGTANG shook his head up and down in an affirmative motion. AGTANG further stated that he recieved no more than ten parcels for "DAN LNU" and that he was paid five hundred dollars for receiving the parcels. SA - JONES asked AGTANG if he was ever paid in drugs, AGTANG stated that he recieved a small amount of drugs for the first parcel along with some money. On the side of DAN CORNELIUS TAUYAN, - stated his cooperation to SA JONES, that he was working at 1241 Neal Avenue and then AGTANG asked to take a ride and that he knew nothing about the parcel. After arriving at the location AGTANG told him that they were catching the BUS back to 1241 - Neal Avenue. Later TAUYAN changed his story and stated that they were taking the parcel to "DAN". TAUYAN stated that DAN" was a drug dealer but don't know what inside the box. (TAB 2 on page 8,9,10,of 18 paragraph 32,33,34,35,36,37,40,41 on the Report of Investigation.

Both JAIME COLUMPIT AGTANG AND DAN CORNELIUS TAUYAN, from their statement of cooperation to SA JONES still they are not telling the truth. They don't tell all the necessary information about the parcel and the real owner. JAIME COLUMPIT AGTANG AND DAN CORNELIUS TAUYAN , they run away and left the parcel to me.(TAB 3 page 9 of 18 paragraph 39 on the Report of the Investigation.

And one experience that from myside is not a joke, but is a crime and hard to forget. When they pointed the gun infront of my face five feet away, without knowingly that they only want to try the gun if it is work.This happened in the house od "DAN" and the- REAL MAN " who working the parcels of drugs, was also the reason why I need to cooperate with the governemnt. There's a real Man, who own the parcel aside from "DAN LNU". They convinced me also to open a bussiness of Barber Shop and I woll be the one to operate and they will use the drug money, but I trun down the offer. This experienc happened when I workout from my residence boing a hairstylist and a barber. Aside from drugs, they have other illegalactivities.,

U.S. Department of Justice
Drug Enforcement Administration

TAB 1 and TAB 3

| REPORT OF INVESTIGATION | 1. File No. | 2. G-DEP Identifier |
|---|---|---|
| *(Continuation)* | 3. File Title | |
| 4. Page 9 of 18 | | |
| 5. Program Code | 6. Date Prepared 01/26/04 | |

35. SA Jones also explained that law enforcement wanted to continue with the delivery and that if AGTANG helped law enforcement catch other people that SA Jones would talk to the AUSA and advise them of his cooperation. In turn the AUSA would tell the Judge all of the good things that AGTANG did for law enforcement and it would be up to the Judge if AGTANG would receive any consideration for his cooperation. AGTANG was crying at this point.

36. SA Jones explained to AGTANG that he was under arrest for narcotics violations and that SA Jones wanted AGTANG to cooperate, as witnessed by SA Wagner. SA Jones read AGTANG his Miranda warnings from a card provided by TFO Russell Woodward. SA Jones asked AGTANG if he wanted to cooperate and speak with law enforcement and AGTANG shock his head up and down in an affirmative motion.

37. AGTANG stated that the parcel was destined for a person named "Dan" LNU. AGTANG stated that "Dan" LNU lived in an apartment in Waikiki, Hawaii, but used to live in Mililani, Hawaii. AGTANG further stated that he has received no more than ten parcels for "Dan" LNU and that he was paid five hundred dollars for receiving the parcels. SA Jones asked AGTANG if he was ever paid in drugs and AGTANG stated that he received a small amount of drugs for the first parcel along with some money. AGTANG stated that he had not called "Dan" to advise him that the parcel had arrived. AGTANG further stated that this was the first parcel for January of 2004, but there were several parcels in the month of December of 2003.

38. SA Jones asked AGTANG, if the parcel was intended for "Dan" LNU why would DOMANGUREA open the parcel. AGTANG got a surprised look on his face and asked if "Phillip" had opened the parcel. SA Jones stated that he did. AGTANG stated that DOMANGUREA should not have opened the parcel. SA Jones asked AGTANG why DOMANGUREA would open the parcel. AGTANG stated that DOMANGUREA was probably going to steal some "ice."

39. AGTANG further stated that after accepting the parcel, DOMANGUERA, TAUYAN, and he took the subject parcel over to the residence of

DEA Form - 6a
(Jul. 1996)

DEA SENSITIVE
Drug Enforcement Administration

1 - Prosecutor

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

U.S. Department of Justice
Drug Enforcement Administration

Tab 2

| | REPORT OF INVESTIGATION (Continuation) | 1. File No. | 2. G-DEP Identifier |
|---|---|---|---|
| | | 3. File Title | |

4. Page 8 of 18

| 5. Program Code | 6. Date Prepared 01/26/04 |
|---|---|

30. While the residence located at 95-009 Waikalani Dr. Apt 104, Wahiawa was being secured for a search warrant, surveillance observed a Filipino male, later identified as Christopher MABANAG, exit a white colored vehicle in front of 1214 Neal Ave, Wahiawa, Hawaii. MABANAG was seen carrying a FedEx parcel while loitering in the garage area of the residence. A short time later, National Guard Counter Drug Officers Cliff Chee and Lance Taafau'sau observed AGTANG and TAUYAN arrive back at 1214 Neal Ave. on foot.

31. Due to exigent circumstances that the parcel that arrived at the residence was another drug parcel, law enforcement decided to secure the residence at 1214 Neal Ave. in anticipation of obtaining a search warrant. Law enforcement officers approached the residence and detained five males while securing the residence. MABANAG and Gary TAMANAHA (two of the five males) at the location had State of Hawaii Arrest Warrants. Both were transported to the Wahiawa Police station and booked under the arrest warrants.

32. After the residence was secured SA Jones spoke to AGTANG because he stated that he was the owner of the residence. At the time that SA Jones spoke to AGTANG, SA Jones did not realize that he was the person who signed for the parcel. SA Jones asked AGTANG if he was home when the FedEx person delivered a parcel and AGTANG responded that he was not aware of any FedEx parcel being delivered. SA Jones asked AGTANG where he was, and AGTANG responded that he was working on his house.

33. SA Jones then talked to TFO Mertens, and Mertens stated that AGTANG was the person that accepted the parcel. SA Jones did not recognize him because he had changed his shirt from blue tank top to a dark blue collared shirt.

34. SA Jones returned to the side of the residence where AGTANG was standing. SA Jones told AGTANG that he was lying because he was the one that accepted the parcel. SA Jones told AGTANG that AGTANG was in trouble for accepting the box and that SA Jones understood what roll he played in obtaining the drugs.

DEA Form - 6a
(Jul. 1996)

DEA SENSITIVE
Drug Enforcement Administration

1 - Prosecuto

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

U.S. Department of Justice
Drug Enforcement Administration

Tab 2

| | REPORT OF INVESTIGATION (Continuation) | 1. File No. | 2. G-DEP Identifier |
|---|---|---|---|
| | | 3. File Title | |
| 4. Page 10 of 18 | | | |
| 5. Program Code | | 6. Date Prepared 01/26/04 | |

DOMANGUERA. AGTANG stated that all three of them became worried that the helicopter was following them, that is why AGTANG and TAUYAN left the parcel with DOMANGUERA and caught the bus back to the residence located at 1214 Neal Ave. AGTANG stated that he, DOMANGUERA and TAUYAN are all casual "ice" users. SA Jones asked AGTANG if there was anything illegal in his residence and AGTANG stated that there was not. SA Jones asked AGTANG if it was okay if law enforcement searched his residence to make sure that there was nothing illegal inside. AGTANG stated that it was OK for law enforcement to search.

40. SA Jones explained to TAUYAN that he was under arrest for narcotics violations. SA Jones read TAUYAN his Miranda warnings from a card provided by TFO Woodward.

41. During a Miranda statement, TAUYAN initially stated that he was working at the 1214 Neal Ave. address and AGTANG asked him to go for a ride, and that he knew nothing about the parcel. After arriving at the location AGTANG told him that they were catching the bus back to 1214 Neal Ave. Later TAUYAN changed his story and stated that they were taking the parcel to "Dan". TAUYAN further stated that "Dan" was a drug dealer but did not know what was in the box. TAUYAN further stated that he used methamphetamine 3 days prior to this statement.

42. During the search of 1214 Neal Ave., TFO Nakamura recovered a medium sized FedEx parcel which was hidden under a blanket which was on top of a plastic tub in the garage area. Within the parcel was a smaller FedEx parcel which contained two (2) silver glittery bubble wrap mailers, each mailer contained approximately a pound of methamphetamine for a total of two (2) pounds, each inside of two (2) ziplock plastic bags. The packaging of this FedEx parcel was identical to the previous FedEx parcel sent from San Diego.

43. The FedEx airbill belonging to the FedEx parcel at Neal Ave. was recovered by TFO Jones from the property of Christopher MABANAG at the Wahiawa Police Station after MABANAG was arrested on a State warrant.

DEA Form - 6a
(Jul. 1996)

DEA SENSITIVE
Drug Enforcement Administration

1 - Prosecutor

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.