LAW OFFICE OF

# JERRY I. WILSON

ATTORNEY AT LAW

A LAW CORPORATION

CENTRAL PACIFIC PLAZA

SUITE 1450, 220 SOUTH KING STREET

HONOLULU, HAWAII 96813-4542

MEMBER OF
THE HAWAII
AND CALIFORNIA
BARS

TELEPHONE
(808) 536-9307

FACSIMILE
(808) 523-3519

WILSONLAWFIRM@HAWAII.RR.COM

September 16, 2004

**HAND DELIVERED**

United States Attorney's  Office
PJKK Federal Building, Room 6-100
300 Ala Moana Boulevard
Honolulu, Hawaii  96850

Attention:    Beverly Wee Sameshima
              Assistant U.S. Attorney

         Re:  United States of America vs.
              Felipe Raguiden Domanguera,
              Cr. No.  04-00061DAE(02)

Dear Mrs. Sameshima:

        I see that you have again superseded the Indictment
regarding Mr. Domanguera (3rd).  Why?  You must know that Felipe
was not involved in the FedEx importation of the drugs and
certainly had **NO** knowledge of the quantity or purity of the drugs.
So why do you insist on trying to penalize him on these material
issues which you apparently cannot prove at trial?  He's a "small-
fry"!

        I get along **GREAT** with most of the Assistant U.S.
Attorneys (other than Tom) and routinely reach reasonable plea
agreements, but it seems that you have some sort of personal agenda
towards me and my clients such that you overzealously and unfairly
prosecute my clients, like Mr. Domanguera.  That's why we're having
so many problems -- he can't see why you insist that he is as
responsible as the others for these drugs and neither do I!

        He is willing to plead to possession with intent to
distribute an unknown quantity of methamphetamine, but he cannot
plead to 1300 plus grams of "ice" as you seem to insist because he
did not know either the quantity or purity, or do you claim to have
witnesses and/or other evidence that can prove these issues beyond
a reasonable doubt?



Beverly Wee Sameshima
September 16, 2004
Page Two


What's your problem with me?

Very truly yours,

JERRY I. WILSON

JIW:mhc
cc:  Felipe Domanguera
     Florence T. Nakakuni, Assistant
        U.S. Attorney, Supervisor