March 20, 2006


Felipe Domanguera
Fed. Reg. No. 91108-22
FCI LOMPOC
3600 Guard Road
Lompoc, California  93436


Brandan K. Flores   Attorney At Law  6714
Ocean View Center
707 Richards Street   Suite 516
Honolulu, Hawaii
          96813


Re: USA  vs  Felipe Raguinden Domanguera
    CR  # 04-0061 DAE   Direct Appeal.


Dear Sir,

Since I was sentenced, I have not had any further communication from you. I would appreciate knowing if the "Notice of Appeal" was file on my behalf by you. I have not received a schedule date from the Clerk of the Court as to when my Appeal Brief is due. I do not know, if you are still my attorney of record. I would appreciate if you would please contact me as soon as possible so that I will know if you did file my Notice of Appeal.

Also, if you still represent me in this matter, and if you are not able to represent me any further, then, I would ask you to file a motion to the court to be released from this matter and I would then ask the Court to assign Legal Counsel to assist me on  my Direct Appeal.

Please contact me as soon as possible so that I can know exactly what is going on with regards to having legal representation in this matter. Thank you for your time and your consideration in this very important matter.


                                            Sincerely,

                                            [signature]
                                            Felipe Domanguera


Exhibit E