March 20, 2006

Felipe Domanguera
Fed. Reg. No. 91108-022
FCI LOMPOC
3600 Guard Road
Lompoc, California 93436

Office of the Clerk
U.S. District Court
District of Hawaii
304 U.S. Courthouse
300 Ala Moana Blvd.
P.O. Box 50129
Honolulu, Hawaii 96850- 0052



*RECEIVED CLERK, U.S. DISTRICT COURT MAR 2 3 2006 DISTRICT OF HAWAII*

Re: **USA  vs  Felipe Raguinden Domanguera**
    **CR # 04-0061 DAE    "Notice of Appeal"/"Direct Appeal"**

Dear Clerk of the Court,

I was senteced on October 19, 2006 in the United States District Court. I would like to take this opportunity to ask you if a Scheduling Time has been made with regards to when my Appeal Brief is do. I have had no communication with this court or from my attorney since I was sentenced.

Also, I would very much appreciate it if you would advise me if an Attorney has been assigned to assist me on my Direct Appeal. And, if not, will one be assigned to me. I have not received any Motion from the Court as to Attorney Brandon K. Flores asking that he be released from any further responsibilites in this matter, or is he still my legal counsel.

Thank you very much for your time and your consideration in this matter.

Sincerely,
Felipe Domanguera



*Exhibit D*

Case 1:04-cr-00061-JMS   Document 241-7   Filed 10/30/2006   Page 2 of 3

Felipe Domanguera 91108-022
Federal Correctional Institution
3600 Guard Road
Lompoc, California 93436

LEGAL MAIL

U.S. District Court
District of Hawaii
Office of the CLERK
304 U.S. Courthouse
300 Ala Moana Blvd.
Box 50129
Honolulu, Hawaii
96850-0052

3-21-06




**UNITED STATES DISTRICT COURT** 

OFFICE OF THE CLERK
DISTRICT OF HAWAII
P.O. BOX 50129
300 ALA MOANA BLVD.
HONOLULU, HAWAII 96850

SUE BEITIA
CLERK

TELEPHONE
(808)541-1300
FAX 541-1303

March 29, 2006

Mr. Felipe R. Domanguera
91108-022
FCI Lompoc
3600 Guard Road
Lompoc, CA 93436

     RE:    Criminal Case No. 04-00061JMS-02
              USA vs. Felipe Raguinden Domanguera

Dear Mr. Domanguera:

    This is in response to your letter dated March 20, 2006, and received on March 23, 2006. Because the Office of the Clerk of Court does not provide any legal information or advice, I am not able to answer your query about when your appeal brief is due. At this time, the Court does not have any record of a "Notice of Appeal" having been filed post-sentencing on your behalf.

    As to your query about attorney representation, the record presently indicates Mr. Brandon K. Flores as the most recent attorney appointed on your behalf. As such, the Clerk's office will be forwarding a copy of your letter to Mr. Flores.

    Lastly, and as a courtesy, please find enclosed a copy of your case docket sheet. Our office has policy in effect whereby there is a 50¢ per page charge for copies; however, by our sending you a courtesy-copy of the docket, you may be better able to acquire the information you seek.

                       Very truly yours,

                       SUE BEITIA , Clerk

              by: _signature_

                       Deputy Clerk

encl.

cc: Brandon K. Flores, Esq.

