March 20, 2006

Felipe Domanguera  91108-022
Federal Correctional Institution
3600 Guard Road
Lompoc, California  93436


Honorable Judge J. Michael Seabright
U.S. District Court Judge
United States Courthouse
Kuhio Federal Building
300 Ala Moana Blvd.
Honolulu, Hawaii  96850


Re: USA  vs  Felipe Raguinden Domanguera
    Case No.  CR 04-00061 DAE  Direct Appeal


Honorable Judge Seabright,

I was sentenced in your court room on October 19, 2006. Since then I have not had any contact with the Clerk of the Court, and from the attorney that represented me at my sentencing, Attorney Brandan K. Flores. Since then, I have been defenseless without any legal counsel to continue on my behalf.

As you are aware of, I have no knowledge of how the Federal Court system operates. I would appreciate it if I could be advised if the Notice of Appeal was filed on my behalf. I would also appreciate knowing if Legal Counsel will be assigned to me and will represent me on my Direct Appeal.

Thank you for your time and for your consideration in this matter.


                                              Sincerely,

                                              [signature]
                                              Felipe Domanguera


Exhibit F

Felipe Domanguera 91108-022
Federal Correctional Institution
3600 Guard Road
Lompoc, California 93436

LEGAL MAIL

**RECEIVED**
CLERK U.S. DISTRICT COURT
MAR 23 2006
DISTRICT OF HAWAII

Honorable J. Michael Seabright
U.S. District Court Judge
United States Courthouse
Kuhio Federal Building
300 Ala Moana Blvd.
Honolulu, Hawaii 96850







# UNITED STATES DISTRICT COURT

CHAMBERS OF
J. MICHAEL SEABRIGHT
UNITED STATES DISTRICT JUDGE

DISTRICT OF HAWAII
300 ALA MOANA BOULEVARD, C-435
HONOLULU, HAWAII 96850-0435

TELEPHONE
(808) 541-1804
FACSIMILE
(808) 541-1851

April 3, 2006

Brandon K. Flores, Esq.
Ocean View Center
707 Richards Street
Suite 516
Honolulu, Hawaii 96813

    Re: USA vs. Felipe Raguinden Domanguera
      Case No.: Cr. No. 04-00061 JMS

Dear Mr. Flores:

  Enclosed please find correspondence I recently received from your client, Mr. Domanguera.

  Please contact Mr. Domanguera in order to discuss his concerns.

          Very truly yours,

          J. Michael Seabright
          United States District Judge

Enclosure

(exhibit F)