

Felipe Domanguera 91108-022
FCI LOMPOC
3600 Guard Road
Lompoc, California
         93436

July 27, 2006

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

AUG - 3 2006

at 4 o'clock and 30 min. P M
SUE BEITIA, CLERK

Office of the Clerk
U.S. District of Hawaii
304 U.S. Courthouse
300 Ala Moana Blvd.
P.O. BOX 50129
Honolulu, Hawaii
        96850-0052

Re: USA vs Felipe Raguinden Domanguera
    **Case No. CR 04-0061 (DAE)    Notice of Appeal/2255 Motion.**

Dear Sir,

I last wrote you on March 20, 2006 with reagrds to my Direct Appeal. I have not received any correspondence from your Office since. I wrote to my then, Attorney of record Brandon K. Flores and I have not received any mail from him either.
I asked him about my direct appeal if it had been filed. I am now asking your office if it is possible that I can have an attorney assigned to me so that I can have my Direct Appeal filed. I am also without any funds to pay for Legal Counsel and I ask that the court assign one to me for this Direct Appeal or that one be assigned to me so that I can file a §2255 Motion to the court.

The time that I have to file a §2255 Motion is until October 19, 2006. I have not had any legal representation since I was sentenced in District Court. I believe that I have merit/issue that should be corrected and to have my sentenced asjusted in this matter. Thank you for your time and your consideration in this matter.

Respectfully Submitted,

Felipe Domanguera

Felipe Dumanguera 91106-022
Federal Correctional Institution
3600 Guard Road
Lompoc, California
93436

LEGAL MAIL

SANTA BARBARA CA 931 2 L
31 JUL 2006 PM



Office of the Clerk
U.S. District of Hawaii
304 U.S. Courthouse
300 Ala Moana Blvd.
P.O. BOX 50129
Honolulu, Hawaii
96850-0052

FCI LOMPOC
3600 GUARD ROAD
LOMPOC, CA 93436

DATE 7-26-06

The enclosed letter was processed through special mailing procedures for forwarding to you. The letter has been neither opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another addressee, please return the enclosure to the above address.