CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the attached document shall be duly served upon the following named party(ies):

|  | By: | U.S. MAIL | HAND DELIVERY |
|---|---|---|---|

TO:

FELIPE RAGUINDEN DOMANGUERA    [ X ]    [ ]
FCI LOMPAC
3600 GUARD ROAD
LOMPAC, CA 93436


EDWARD H. KUBO, JR.    [ ]    [ X ]
United States Attorney, District of Hawaii
BEVERLY WEE SAMESHIMA
Assistant U. S. Attorney
PJKK Federal Building
300 Ala Moana Boulevard, Room 6-100
Honolulu, Hawaii 96850


DATED: Honolulu, Hawaii, October 27, 2006.

_____
ARTHUR E. ROSS
CJA Attorney for Petitioner
FELIPIE RAQUINDEN DOMANQUERA