EDWARD H. KUBO, JR.    #2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI   #2286
Chief, Drug/Organized Crime Section

BEVERLY WEE SAMESHIMA #2556
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Blvd.,
Honolulu, Hawaii  96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-mail:    Beverly.Sameshima@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CV. NO. 06-00580 JMS-KSC |
| | ) | CR. NO. 04-00061-02 JMS |
| Plaintiff, | ) | |
| | ) | ORDER FINDING WAIVER OF |
| vs. | ) | ATTORNEY-CLIENT PRIVILEGE |
| | ) | WITH RESPECT TO DEFENDANT'S |
| FELIPE RAGUINDEN DOMANGUERA, | ) | MOTION UNDER 28 U.S.C. |
| | ) | § 2255 TO VACATE, SET ASIDE, |
| Defendant. | ) | OR CORRECT SENTENCE BY A |
| | ) | PERSON IN FEDERAL CUSTODY |

ORDER FINDING WAIVER OF ATTORNEY-CLIENT
PRIVILEGE WITH RESPECT TO DEFENDANT'S MOTION
UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE,
OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY

Defendant Felipe Raguinden Domanguera filed a Motion

Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence

by a Person in Federal Custody on October 30, 2006.  Defendant

was represented by Brandon Flores, in connection with his guilty

plea and sentencing.  Defendant claims that Mr. Flores failed to:

(1) advise him of his right to appeal; and (2) failed to address

or advise him of any post-<u>Booker</u> issues relating to his
sentencing guidelines.

The United States has moved this Court to issue an
Order which finds that as a matter of law, defendant has waived
attorney-client privilege.  The Court agrees.  By filing the
motion claiming ineffective assistance of counsel, defendant has
waived his attorney-client privilege with Mr. Flores as to all
matters raised in his § 2255 motion.

Good cause appearing therefor, it is hereby ORDERED
that Felipe Raguinden Domanguera has waived the attorney-client
privilege as to communications with Brandon Flores as to all
matters raised in his § 2255 motion.

IT IS SO ORDERED.

DATED:  Honolulu, Hawaii, November 2, 2006.


J. Michael Seabright
United States District Judge


UNITED STATES v. FELIPE RAGUINDEN DOMANGUERA
Cv. No. 06-00580 JMS-KSC, Cr. No. 04-00062-02 JMS
"Order Finding Waiver of Attorney-Client Privilege With Respect
to Defendant's Motion Under 28 U.S.C. § 2255 to Vacate, Set
Aside, or Correct Sentence by a Person in Federal Custody"