LANE Y. TAKAHASHI  2417-0
ATTORNEY AT LAW, ALC
745 FORT STREET, SUITE 2121
HONOLULU, HAWAII 96813
TELEPHONE: (808) 521-7181

ATTORNEY FOR DEFENDANT
FELIPE RAGUINDEN DOMANGUERA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 0 9 2004

at 10 o'clock and 35 min. ___ M.
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,                )<br>                                         )<br>          Plaintiff,                    )<br>                                         )<br>     vs.                                 )<br>                                         )<br>FELIPE RAGUINDEN DOMANGUERA,             )<br>                                         )<br>          Defendant.                    )<br>                                         )<br>                                         )<br>                                         )<br>_____) | Cr. No. 04-00061-01 DAE<br><br>NOTICE OF MOTION; MOTION<br>TO WITHDRAW AS COUNSEL;<br>DECLARATION OF COUNSEL;<br>and<br>CERTIFICATE OF SERVICE<br><br>Date: April 13, 2004<br>Time:  3:00 p.m.<br>Judge: Kevin S. C. Chang |

NOTICE OF MOTION

TO:   BEVERLY WEE SAMESHIMA
      Assistant U.S. Attorney
      Room 6100, PJKK Federal Building
      300 Ala Moana Boulevard
      Honolulu, Hawaii 96850

PLEASE TAKE NOTICE that the foregoing Motion will be heard before the Honorable Kevin S. C. Chang in his courtroom at the U.S. Courthouse, 300 Ala Moana Boulevard, Honolulu, Hawaii on Tuesday, April 13, 2003 at 3:00 p.m. or as soon thereafter as counsel may be heard.

Dated: Honolulu, Hawaii, April 8, 2004.

_____
LANE Y. TAKAHASHI
Attorney for Defendant

EXHIBIT "A"

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Cr. No. 04-00061-01 DAE |
| Plaintiff, ) | |
| vs. ) | MOTION TO WITHDRAW AS COUNSEL |
| FELIPE RAGUIDEN DOMANGUERA, ) | |
| Defendant. ) | |

MOTION TO WITHDRAW AS COUNSEL

Comes Now, LANE Y. TAKAHASHI, appointed counsel of record for Plaintiff, FELIPE RAGUIDEN DOMANGUERA, and moves this Honorable Court to withdraw as counsel.

This Motion is made pursuant to Rules 110-11 and 335-1 of the Rules of the U.S. District Court for the District of Hawaii, Hawaii Rules of Professional Conduct 1.16(a)(3) and (b)(6), the records and files of this matter, and the attached Declaration of Counsel.

Dated: Honolulu, Hawaii, April 8, 2004.

_____
LANE Y. TAKAHASHI
Attorney for Defendant

- 2 -

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Cr. No. 04-00061-01 DAE |
| Plaintiff, ) | |
| vs. ) | DECLARATION OF COUNSEL |
| FELIPE RAGUINDEN DOMANGUERA, ) | |
| Defendant. ) | |

DECLARATION OF COUNSEL

I, LANE Y. TAKAHASHI, declare as follows:

1. I am the attorney for FELIPE RAGUINDEN DOMANGUERA, Defendant in the above-entitled case, having been appointed pursuant to the Criminal Justice Act.

2. On April 7, 2003, Defendant discharged me from further representation, citing a loss in confidence in me and irretrievable differences, due in part to my alleged inability to obtain his pretrial release.

3. Pursuant to that oral discharge, the instant motion has been filed.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF.
Dated: Honolulu, Hawaii, April 8, 2004.

/s/ Lane Y. Takahashi
LANE Y. TAKAHASHI

- 3 -

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that upon the filing of the foregoing Motion, a copy of the same was duly served by hand delivery or U.S. Mail upon:

> BEVERLY WEE SAMESHIMA
> Assistant U.S. Attorney
> Room 6100, PJKK Federal Building
> 300 Ala Moana Boulevard
> Honolulu, Hawaii 96850

_____
Lane Y. Takahashi

LANE Y. TAKAHASHI  2417-
ATTORNEY AT LAW, ALC
HAWAII BUILDING
745 FORT STREET, SUITE 2121
HONOLULU, HAWAII 96813
TELEPHONE: (808) 521-7181

ATTORNEY FOR DEFENDANT

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

'04 MAY -6 A11:03

APR 13 2004

at 8 o'clock and 5 min A M
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Cr. No. 04-00061-01 DAE |
| Plaintiff, | ) | |
| vs. | ) | ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL |
| FELIPE RAGUINDEN DOMANGUERA, | ) | |
| Defendant. | ) | |

ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL

The Motion to Withdraw as Counsel was heard by Magistrate Kevin S. C. Chang on April 13, 2004 at 2:30 p.m. with Beverly Wee Sameshima, Assistant U. S. Attorney appearing for the United States of America, Lane Y. Takahashi, Attorney for Defendant, and Defendant FELIPE RAGUINDEN DOMANGUERA, having been present, the Court having considered the facts and representations presented, the arguments of Counsel and the records and files herein and good cause appearing therefore;

IT IS HEREBY ORDERED that Lane Y. Takahashi be allowed to withdraw as counsel.

Dated: Honolulu, Hawaii, APR 1 4 2004.

KEVIN S.C. CHANG
MAGISTRATE KEVIN S. C. CHANG
Judge of the Above-Entitled Court