ARTHUR E. ROSS, Esq.
841 Bishop Street, Suite 2115
Honolulu, Hawaii 96813
Tel: 808 521-4343

Attorney for Defendant
FELIPE DOMANGUERA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. 04-00061-02 JMS |
| ) | CV. NO. 06-00580 JMS-KSC |
| Plaintiff, ) | |
| ) | |
| v. ) | **REQUEST FOR CERTIFICATE OF** |
| ) | **APPEALABILITY;** |
| FELIPE DOMANGUERA, ) | **CERTIFICATE OF SERVICE** |
| ) | |
| Defendant. ) | |
| ) | |

**REQUEST FOR CERTIFICATE OF APPEALABILITY**

COMES NOW Defendant FELIPE DOMANGUERA, through counsel, and pursuant to FRAP Rules 4(a)(1)(B) and 22, and 28 U.S.C. § 1291 hereby requests a Certificate of Appealability to appeal to the Court of Appeals for the Ninth Circuit this Court's Order denying his Motion to vacate, set aside, or correct a sentence under 18 U.S.C. § 2255, entered February 7, 2007.

DATED: Honolulu, Hawaii, March 19, 2007.

ARTHUR E. ROSS
Attorney for Defendant
FELIPE DOMANGUERA

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the foregoing document shall be duly served upon the following parties:

|  | By: | U.S. Mail | Hand Delivery |
|---|---|---|---|
| Beverly W. Sameshima, AUSA<br>Office of the United States Attorney<br>Rm. 6100, PJKK Federal Bldg.<br>300 Ala Moana Blvd.<br>Honolulu, Hawaii 96850 | | (X) | ( ) |

Attorney for Respondent
United States of America

DATED: Honolulu, Hawaii, March 19, 2007.

_____
ARTHUR E. ROSS
Attorney for Defendant-Appellant
FELIPE DOMANGUERA