ARTHUR E. ROSS, Esq.
841 Bishop Street, Suite 2115
Honolulu, Hawaii 96813
Tel: 808 521-4343

Attorney for Defendant
FELIPE DOMANGUERA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) | CR. NO. 04-00061-02 JMS |
|---|---|---|
| Plaintiff, | ) | CV. NO. 06-00580 JMS-KSC |
| v. | ) | **MOTION TO WITHDRAW AS CJA COUNSEL;** |
| FELIPE DOMANGUERA, | ) | **DECLARATION OF COUNSEL;** |
| Defendant. | ) | **CERTIFICATE OF SERVICE** |

**MOTION TO WITHDRAW AS CJA COUNSEL**

The Motion of Defendant-Petitioner FELIPE DOMANGUERA to vacate, set aside, or correct a sentence under 18 U.S.C. § 2255 having been concluded with the Court's Order denying a Certificate of Appealability filed April 3, 2007, CJA counsel ARTHUR E. ROSS hereby moves for withdrawal from representation.

This motion is supported by the accompanying declaration of counsel.

DATED: Honolulu, Hawaii, July 31, 2007.

ARTHUR E. ROSS
Attorney for Defendant-Appellant
FELIPE DOMANGUERA