**DECLARATION OF COUNSEL**

I, ARTHUR E. ROSS, declare that:

1. I am an attorney licensed to practice law in all courts in the the State of Hawaii. I am CJA counsel for Defendant-Petitioner FELIPE DOMANGUERA.

2. This Court's Order denying a Certificate of Appealability was filed April 3, 2007.

3. Mr. DOMANGUERA has been served with this motion.

4. **Bail status.** Appellant is incarcerated.

I declare under penalty of law that the foregoing statements are true and correct to the best of my knowledge.

DATED: Honolulu, Hawaii, July 31, 2007.

_____
ARTHUR E. ROSS
Attorney for Defendant-Petitioner
FELIPE DOMANGUERA