CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the attached document shall be duly served upon the following parties:

|  | By: | U.S. Mail | Hand Delivery |
|---|---|---|---|
| Beverly W. Sameshima, AUSA<br>Office of the United States Attorney<br>Rm. 6100, PJKK Federal Bldg.<br>300 Ala Moana Blvd.<br>Honolulu, Hawaii 96850<br><br>Attorney for Plaintiff-Respondent<br>United States of America | | ( X ) | ( ) |
| FELIPE DOMANGUERA<br>Reg. # 91108-022<br>F.C.I. Lompoc<br>3600 Guard Road<br>Lompoc, CA 93436<br><br>Defendant-Petitioner | | ( X ) | ( ) |

DATED: Honolulu, Hawaii, July 31, 2007.

*/s/ Arthur E. Ross*
ARTHUR E. ROSS
Attorney for Defendant-Petitioner
FELIPE DOMANGUERA