# MINUTES

CASE NUMBER:       CR 04-00061JMS

CASE NAME:         USA v. (02) Felipe Raguiden Domanguera

ATTYS FOR PLA:     Jonathan Loo for Beverly Sameshima

ATTYS FOR DEFT:    (02) Arthur Ross

INTERPRETER:

JUDGE:   Barry M. Kurren          REPORTER:   C6F

DATE:    08/13/2007               TIME:       11 - 11:02

COURT ACTION:  EP: [260] Motion to Withdraw as CJA Counsel for (02) Felipe Raguiden Domanguera - deft's presence waived.  Motion is hereby GRANTED.

Submitted by Richlyn Young, Courtroom Manager