**ARTHUR E. ROSS #1005**
841 Bishop Street, Suite 2115
Honolulu, Hawaii 96813
Telephone: 521-4343, Fax: 521-7680

**Attorney for Defendant**
**FELIPE DOMANGUERA**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR. NO. 04-00061-02 JMS |
| | ) | CV. NO. 06-00580 JMS-KSC |
| Plaintiff, | ) | |
| | ) | ORDER GRANTING WITHDRAWAL |
| vs. | ) | OF COUNSEL: CERTIFICATE OF |
| | ) | SERVICE |
| FELIPE DOMANGUERA, | ) | |
| | ) | |
| Defendant. | ) | |

ORDER GRANTING WITHDRAWAL OF COUNSEL

Attorney Arthur E. Ross' motion to withdraw as CJA counsel for Felipe Domanguera having come on for hearing on Monday August 13, 2007 before Magistrate/Judge Barry M. Kurren, with Arthur E. Ross appearing on behalf of the defendant, who was not present but was served with the motion at F.C.I. Lompoc, California, and Assistant United States Attorney Jonathan Loo, representing the government and standing in for AUSA Beverly Sameshima, voiced no objection, and the Court being fully advised in the premises and

finding good cause therefore, entered the following Order:

IT IS HEREBY ORDERED that attorney Arthur E. Ross' motion to withdraw as CJA counsel for Defendant Felipe Domanguera is granted.

DATED: Honolulu, Hawaii, August 23, 2007.

_____
Magistrate Judge BARRY M. KURREN

APPROVED AS TO FORM

_____
JONATHAN LOO
Assistant United States Attorney

United States of America  v. Felipe Domanguera CR. NO. 04-00061-02 JMS

2

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document will be duly served upon the following parties at the following addresses as set forth below:

| By: | U.S. MAIL | HAND DELIVERY |
|---|---|---|
| BEVERLY W. SAMESHIMA, AUSA<br>United States Attorney's Office<br>PJKK Federal Building, Room 6-1000<br>300 Ala Moana Boulevard<br>Honolulu, Hawaii 96850<br>Attorney for Plaintiff-Respondent<br>UNITED STATES OF AMERICA | | [ X ] |
| FELIPE DOMANGUREA<br>Reg. # 91108-022<br>F.C.I. Lompac<br>3600 Guard Road<br>Lompac, California 93436<br>DEFENDANT-PETITIONER | [ X ] | |

DATED: Honolulu, Hawaii, August ___, 2007.

_____
ARTHUR E. ROSS
Attorney for Defendant-Petitioner
FELIPE DOMANGUERA